## CURTIS J. FARBER

Attorney at Law

350 Broadway, 10th Floor
New York, NY 10013
Tel: (212) 334-4466
Fax: (212) 226-3224
curtisfarber@mindspring.com

October 6, 2011

Hon. Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:  United States v. Tina Rintrona
Ind. No. 10 Cr. 667 (BMC)

Dear Judge Cogan:

My client, Tina Rintrona, is presently at liberty on a bond. A condition of this bond restricts her travel to the Southern and Eastern Districts of New York. Ms. Rintrona requests permission to expand her travel privileges to include the District of New Jersey. Ms. Rintrona has both family and friends in New Jersey and she desires the open opportunity to visit them.

I have spoken with both AUSA Anthony Capozzolo and Pre-trial Officer Amina Adossa-Ali regarding this request. Both have indicated that they have no objection.

Thank you for your consideration

Respectfully submitted,

S/
Curtis Farber

cc:  AUSA Anthony Capozzolo